**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| JUDITH THOMAS<br><br>    Plaintiff,<br><br>    v.<br><br>AFNI, INC.<br><br>and<br><br>THOMAS G. LANDIS, ESQ.<br>d/b/a Law Office of Thomas Landis<br><br>    Defendants. | Case No. 1:11-cv-01202-JKB |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Judith Thomas, by and through her attorney Cory L. Zajdel of Z LAW, LLC, hereby dismisses the above captioned matter only as against Defendant AFNI, Inc. under FED. R. CIV. P. 41(a)(1) and for support alleges and states as follows:

1. Plaintiff Judith Thomas filed this action on May 5, 2011.  Docket #1.

2. To date, Defendant AFNI, Inc. has not filed an Answer or a Motion for Summary Judgment.

3. Plaintiff Judith Thomas hereby gives notice that she dismisses the above captioned matter as against Defendant AFNI, Inc. only.

4. This Notice of Voluntary Dismissal filed by Plaintiff Judith Thomas shall act as a *dismissal with prejudice* as against Defendant AFNI, Inc.

                              Respectfully submitted,

                              Z LAW, LLC

Dated: May 23, 2011          By:_____/s/_____**28191**_____
                              Cory L. Zajdel, Esq. (Fed. Bar No. 28191)
                              10811 Red Run Blvd., Suite 204
                              Owings Mills, Maryland 21117
                              (443) 213-1977 – telephone
                              clz@zlawmaryland.com

                              **Attorney for Plaintiff**