IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JUDITH THOMAS<br><br>       Plaintiff,<br><br>       v.<br><br>AFNI, INC.<br><br>and<br><br>THOMAS G. LANDIS, ESQ.<br>d/b/a Law Office of Thomas Landis<br><br>       Defendants. | Case No. 1:11-cv-01202-JKB |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Judith Thomas, by and through her attorney Cory L. Zajdel of Z LAW, LLC, hereby dismisses the above captioned matter against Defendant Thomas G. Landis, Esq. d/b/a Law Office of Thomas Landis under FED. R. CIV. P. 41(a)(1) and for support alleges and states as follows:

1.     Plaintiff Judith Thomas filed this action on May 5, 2011.  Docket #1.

2.     To date, Defendant Thomas G. Landis, Esq. has not filed an Answer or a Motion for Summary Judgment.

3.     Plaintiff Judith Thomas hereby gives notice that she dismisses the above captioned matter as against Defendant Thomas G. Landis, Esq.

4.     This Notice of Voluntary Dismissal filed by Plaintiff Judith Thomas shall act as a *dismissal with prejudice* as against Defendant Thomas G. Landis, Esq.

5.     Plaintiff Judith Thomas previously filed a Notice of Voluntary Dismissal as to

Defendant AFNI, Inc. on May 23, 2011.  ECF #3.

6. The Court has not acted on the request in ECF #3.

7. Accordingly, Plaintiff Judith Thomas requests that the Court dismiss the entire case pursuant to ECF #3 and the present paper and mark the case closed.

                              Respectfully submitted,

                              Z LAW, LLC

Dated: June 22, 2011            By: **/s/ 28191**
                                     Cory L. Zajdel, Esq. (Fed. Bar No. 28191)
                                     10811 Red Run Blvd., Suite 204
                                     Owings Mills, Maryland 21117
                                     (443) 213-1977 – telephone
                                     clz@zlawmaryland.com

                                     **Attorney for Plaintiff**